FILE COPY



# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

July 24, 2015

Mary Thornton
Attorney at Law
3901 Race St
Fort Worth, TX 76111-5958
* DELIVERED VIA E-MAIL *

Debra Ann Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-15-00249-CR
Trial Court Case Number: 1345818D

**Style:** Rudy Cortinas v. The State of Texas

Dear Counsel:

The captioned appeal has been reinstated on the Court's docket as of Friday, July 24, 2015 and the following is filed:

Clerk's Record (1 volume including appointment of counsel)

The Reporter's Record is due on **Monday, July 27, 2105**.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Ruben Gonzalez, Jr. (DELIVERED VIA E-MAIL)
Thomas A. Wilder (DELIVERED VIA E-MAIL)
Rudy Cortinas
Angie Taylor (DELIVERED VIA E-MAIL)